IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JODY M. JOHNSON,**

    *Petitioner*,

v.                                    Case No.: 4:23cv98-MW/MAF

**RICKY DIXON, Secretary,
Department of Corrections,**

    *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 12, and has also reviewed *de novo* Petitioner's objections, ECF No. 13.

Petitioner raises several objections, but none help his claim. At its core, Petitioner's claim fails because it is based on a mistake of fact. While Petitioner claims that a state court granted his petition for habeas relief and ordered that he be released, the order does not reflect this. Respondent produced the order that Petitioner references in his response. *See* ECF No. 10-16.[1] What the order does is grant Petitioner's motions for a hearing/ruling and for the court to take judicial notice—in other words, not the substantive relief Petitioner sought in his habeas

---

[1] Petitioner does not contest the validity of Respondent's exhibit.

petition. *See id.* The order then goes on to clarify that the court will not grant Petitioner's request to rehear its underlying decision to summarily deny Petitioner's habeas petition. *See id.* In short, Petitioner's 28 U.S.C. § 2241 petition to enforce a state court order for his immediate release is not based on fact and due to be denied.

Further, this Court finds that Petitioner's should not be granted a certificate of appealability because his petition is frivolous. For the same reason, Petitioner should not be permitted to appeal *in forma pauperis*. Accordingly,

**IT IS ORDERED**:

1. This Court **accepts and adopts** the Report and Recommendation, ECF No. 12.

2. Petitioner's 28 U.S.C. § 2241 petition, ECF No. 1, is **DENIED**.

3. The Clerk shall enter judgement stating, "Petitioner's 28 U.S.C. § 2241 petition, ECF No. 1, is **DENIED**."

4. This Court finds that Petitioner is not entitled to a certificate of appealability.

5. This Court finds that Petitioner is **DENIED** leave to appeal *in forma pauperis*.

6. The Clerk shall close the file.

**SO ORDERED on December 19, 2023.**

                                              s/Mark E. Walker              
                                              **Chief United States District Judge**